1 PHILLIP A. TALBERT
United States Attorney
2 ELLIOT C. WONG
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA 95814
4 Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6 Attorneys for Plaintiff
United States of America
7

8 IN THE UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

10

11 TALEJHA ALOHI CROSS.,                    CASE NO. 2:21-CV-01360-MCE-CKD

12                    Plaintiff,            STIPULATION AND ORDER RE: DISMISSAL

13            v.

14 UR MENDOZA JADDOU, ET AL.,

15                    Defendants.

16
   The parties hereby stipulate to the dismissal of this action in its entirety, each side to bear its own
17
costs of litigation.
18

19
                                            Respectfully submitted,
20
 Dated: January 27, 2022                    PHILLIP A. TALBERT
21                                          United States Attorney

22
                                      By:  /s/ ELLIOT C. WONG
23                                         ELLIOT C. WONG
                                           Assistant United States Attorney
24

25
                                            /s/ TIFFANI SHARP
26                                          TIFFANI SHARP
                                            Counsel for Plaintiff
27

28
                                                  1

ORDER

Good cause having been shown and pursuant to the stipulation of the parties, this action is DISMISSED in its entirety, each side to bear its own costs of litigation. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 22, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE